**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANTHONY AMBROSINO,<br>   *Plaintiff,* | :<br>:<br>:<br>:<br>: | |
| v. | :<br>: | Civil Action No. 1:19-cv-00017-WES-LDA |
| | :<br>:<br>:<br>: | |
| BULLARD ABRASIVES, INC.,<br>   *Defendant.* | :<br>: | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Anthony Ambrosino and Bullard Abrasives, Inc. hereby stipulate that this action shall be dismissed, with prejudice, and without any costs, attorneys' fees, or rights of appeal.

| ANTHONY AMBROSINO | BULLARD ABRASIVES, INC. |
|---|---|
| By his Attorney, | By its Attorney, |
| /s/ *Paige Munro-Delotto* | /s/ *Matthew H. Parker* |
| Paige Munro-Delotto (#9291) | Matthew H. Parker (#8111) |
| MUNRO-DELOTTO LAW, LLC | WHELAN CORRENTE & FLANDERS LLP |
| 400 Westminster Street, Suite 200 | 100 Westminster Street, Suite 710 |
| Providence, RI 02903 | Providence, RI 02903 |
| Tel: (401) 521-4529 | Tel: (401) 270-4500 |
| Fax: (888) 801-6758 | Fax: (401) 270-3760 |
| paige@pmdlawoffices.com | mparker@whelancorrente.com |

Dated: March 8, 2019